IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40430
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT EARL SEGEADA,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CR-119
- - - - - - - - - -
November 30, 1995
Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Robert Earl Segeada appeals his conviction for being a felon in the unlawful possession in a firearm in violation of 18 U.S.C. § 922(g)(1). Segeada maintains that the district court erroneously refused to give a requested jury instruction and that § 922(g)(1) is unconstitutional. Our review of the briefs and record reveals no reversible error; we AFFIRM.

---

[*]      Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.